# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

CHRISTIAN DIOR COUTURE, S.A.,

    Plaintiff,

v.

BESTEVERNEVER.CLUB, et al.,

    Defendants.

Case No. 20-cv-02427

**Judge John Robert Blakey**

**Magistrate Judge M. David Weisman**

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Christian Dior Couture, S.A. ("Plaintiff" or "Dior") hereby dismisses this action with prejudice as to the following Defendant:

| Defendant Name | Line No. |
| --- | --- |
| Shop5365325 Store | 278 |

Dated this 28th day of August 2020.

Respectfully submitted,

/s/ Allyson M. Martin
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law

*Attorneys for Plaintiff Christian Dior Couture, S.A.*