IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTIAN DIOR COUTURE, S.A.,<br><br>　　　　Plaintiff,<br>v.<br><br>BESTEVERNEVER.CLUB, et al.,<br><br>　　　　Defendants. | Case No. 20-cv-02427<br><br>**Judge John Robert Blakey**<br><br>**Magistrate Judge M. David Weisman** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Christian Dior Couture, S.A. ("Plaintiff" or "Dior") hereby dismisses this action with prejudice as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| 11.11 Store | 91 |
| Funny Apparel World Store | 148 |
| Good Molding Store | 152 |
| IFashion & UFashion | 166 |
| Lucky star 7368 fashion | 191 |
| Msbeauty | 204 |
| playfull kiss | 213 |
| Shop5393032 Store | 291 |
| V-ogue Me L-ady Store | 346 |
| YeddaMavisshoes Store | 357 |

Dated this 10th day of September 2020.  Respectfully submitted,

/s/ Allyson M. Martin
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law

*Attorneys for Plaintiff Christian Dior Couture, S.A.*